PRICE MEESE SHULMAN & D'ARMINIO, P.C.
50 Tice Boulevard, Suite 380
Woodcliff Lake, NJ 07677
Tel. (201) 391-3737
Fax (201) 391-9360
Edward W. Purcell (036332012)
epurcell@pricemeese.com
Attorneys for Plaintiff Palisades Properties, LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PALISADES PROPERTIES, LLC<br><br>Plaintiff,<br><br>vs.<br><br>THE ZONING BOARD OF ADJUSTMENT OF THE BOROUGH OF KINNELON, a local board of the Borough of Kinnelon, and a municipal body of politic and corporate governed and organized under the laws of the State of New Jersey, THE BOROUGH OF KINNELON, a municipal body of politic and corporate governed and organized under the laws of the State of New Jersey  & MAYOR AND BOROUGH COUNCIL OF THE BOROUGH OF KINNELON, the local governing body of the Borough of Kinnelon.<br><br>                      Defendants. | Civil Action No. _____<br><br>**RULE 7.1 CORPORATE DISCLOSURE** |

Plaintiff, PALISADES PROPERTIES, LLC. ("Palisades"), by its attorneys,

Price Meese Shulman & D'Arminio, P.C., submits this Disclosure Statement

1

pursuant to FRCP 7.1.

Palisades is a New Jersey limited liability company.  Palisades' owners are: 1) William Ennis; and 2) Jay H. Jonas.

                              PRICE MEESE SHULMAN & D'ARMINIO, P.C.
                              Attorneys for Plaintiff

                              By:   /s/ Edward W. Purcell
                                       Edward W. Purcell

Dated:       November 19, 2025